VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347                *E-FILED - 8/3/09*

Counsel for Defendant Misael Solorio

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00490 RMW |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS DATE; |
| vs. | ) ) | [] ORDER |
| MISAEL SOLORIO, | ) ) | |
| Defendants. | ) ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys Thomas O'Connell, and defendant Misael Solorio, by and through his counsel Vicki H. Young, that the status date of July 27, 2009, be continued to August 3, 2009, at 9:00 a.m.

The reason for this continuance is that parties are finalizing the terms of a resolution of the matter, and defense counsel will not be able to meet with Mr. Solorio at the jail by the 27th. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

The parties stipulate that the time between July 27, 2009, and August 3, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering

STIP AND [] ORDER

STIP AND [] ORDER
- 2 -

the factors set forth in Section 3161(h)(8)(B).  As required by 18 U.S.C. §3161 (h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial and the denial of the stipulation to continue the status hearing would unreasonably deny the defendants reasonable time necessary for effective preparation of the defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

It is so stipulated.

Dated:          July 21, 2009                    Respectfully submitted,


 /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Misael Solorio


Dated:          July 21, 2009                    JOSEPH P. RUSSIONIELLO
UNITED STATES ATTORNEY


/s/   Thomas O'Connell
THOMAS O'CONNELL
Assistant United States Attorney

STIP AND [] ORDER
- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MISAEL SOLORIO ., ) <br> ) <br> Defendants. ) <br> ) | CR No.: CR 09-00490 RMW <br><br> ORDER FOR <br> CONTINUANCE OF <br> STATUS DATE |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the status date of July 27, 2009, is continued to August 3, 2009, at 9:00 a.m.

The Court finds the time between July 27, 2009, and August 3, 2009, is excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial. For these reasons, there is good cause for the continuance and failure to grant the continuance would unreasonably deny the government and the defendants reasonable time necessary for effective case preparation taking into account the exercise of due diligence under 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: 8/3/09

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIP AND [] ORDER
- 3 -